MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-371 JST |
| Plaintiff, | STIPULATION AND |
| v. | [PROPOSED] |
| JOSE LUIS RUIZ MALDONADO, and HUBER RUIZ MALDONADO, | ORDER EXCLUDING TIME |
| Defendants. | |

    On August 28, 2015, the government and defendants Jose Luis Ruiz Maldonado and Huber Ruiz Maldonado appeared through counsel in this matter. It was the parties' first appearance. The parties informed the Court that the government has produced discovery to the defendants and is in the process of obtaining additional materials that the defense has requested. The government also represented that it is discussing resolution with one of the defendants. The parties agreed that the defendants need additional time to review the discovery and evaluate any potential defenses and or resolutions. Accordingly, the parties agreed that time should be excluded between August 28, 2015, and the date of the next appearance, October 9, 2015, in order to allow for the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION AND ORDER EXCLUDING TIME
CR 15-371 JST

1  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of
2  the public and the defendant in a speedy trial.

3  DATED: August 28, 2015                    Respectfully submitted,

4                                             MELINDA HAAG
                                              United States Attorney
5

6                                             _____/s/_____
                                              FRANK J. RIEBLI
7                                             Assistant United States Attorney

8
                                              __/s/ Frank Riebli w/ permission__
9                                             EDWARD SMOCK
                                              Attorney for Jose Luis Ruiz
10                                            Maldonado

11
                                              __/s/ Frank Riebli w/ permission__
12                                            SCOTT SUGARMAN
                                              Attorney for Huber Ruiz Maldonado
13

14      For the reasons stated above, the Court finds that the exclusion of time from August 28, 2015
15  through and including October 9, 2015 is warranted and that the ends of justice served by the
16  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
17  3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendants effective
18  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).
19  SO ORDERED.
20  DATED: August __31__, 2015              _____
                                            HONORABLE JON S. TIGAR
21                                          United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 15-371 JST