```
LINDA FULLERTON, Bar No. 83444
PAUL FEUERWERKER, Bar No. 203616
Attorney at Law
54 Railroad Avenue
Pt. Richmond, CA 94801
510-232-4000

Attorneys for Defendant
Jose Luis Ruiz Maldonado
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 15-371 JST |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | ) | |
| JOSE LUIS RUIZ MALDONADO AND HUBER RUIZ MALDONADO, | ) | |
| Defendant, | ) | |

## STIPULATION

Jose Luis Ruiz Maldonado and Huber Ruiz Maldonado are presently set to appear for status and/or change of plea on December 11, 2015.

Mr. Maldonado's Counsel, Linda Fullerton is representing a witness for the government in the Raymond Chow case, and that witness is scheduled to testify on December 11, 2015. In addition counsel has recently been retained and is reviewing the entire discovery in order to adequately advise Mr. Maldonado.

The parties agree and stipulate to continue the appearance for status from December 11, 2015 until February 12, 2016 at 9:30 a.m..

[PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME
CR14-00296 JST

1

The parties further stipulate that the time between December 11, 2015 and February 12, 2016 may be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: December 9, 2015

                                                                  /s/ Linda Fullerton
LINDA FULLERTON
Counsel for Defendant Jose Luis Ruiz Maldonado

Dated: December 9, 2015

                                                                  /s/ Scott Sugarman
SCOTT SUGARMAN
Counsel for Defendant Huber Ruiz Maldonado


                                                                  /s/ Frank Riebli
FRANK RIEBLI
Assistant United States Attorney

[PROPOSED] ORDER

For good cause shown, the Court Hereby Orders that Defendants Jose Luis Ruiz Maldonado and Huber Ruiz Maldonado's case currently scheduled for December 11, 2015 is continued to February 12, 2016, at 9:30, at the Federal Courthouse located at 1301 Clay Street, Oakland, California.  The Court further orders that the period from December 11, 2015 to February 12, 2016 is excluded from the Speedy Trial Act calculations as to Defendants Jose Ruiz Maldonado and Huber Ruiz Maldonado for effective preparation of counsel, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December  10 , 2015



_____
HONORABLE
United States

[PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME
CR14-00296 JST

3