BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-371 JST |
| Plaintiff, | STIPULATION AND |
| v. | [PROPOSED] |
| JOSE LUIS RUIZ MALDONADO, and HUBER RUIZ MALDONADO, | ORDER EXCLUDING TIME |
| Defendants. | |

    On February 12, 2016, the government and defendants Jose Luis Ruiz Maldonado and Huber Ruiz Maldonado appeared through counsel in this matter.  The parties informed the Court that they are discussing terms of resolution but have not yet reached agreement.  The parties agreed that the defendants need additional time to consider the terms of a potential resolution, and asked for an additional month to do that.  Accordingly, the parties agreed that time should be excluded between February 12, 2016, and the date of the next appearance, March 11, 2016, in order to allow for the effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

    The parties agree that the ends of justice served by granting the continuance outweigh the best

1 interest of the public and the defendant in a speedy trial.

2 DATED: February 16, 2016         Respectfully submitted,

3                                  BRIAN J. STRETCH
                                   Acting United States Attorney
4

5                                  _____/s/_____
                                   FRANK J. RIEBLI
6                                  Assistant United States Attorney

7
                                    /s/ Frank Riebli w/ permission
8                                  LINDA FULLERTON
                                   Attorney for Jose Luis Ruiz
9                                  Maldonado

10
                                    /s/ Frank Riebli w/ permission
11                                 SCOTT SUGARMAN
                                   Attorney for Huber Ruiz Maldonado
12

13     For the reasons stated above, the Court finds that the exclusion of time from February 12, 2016

14 through and including March 11, 2016 is warranted and that the ends of justice served by the

15 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

16 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendants effective

17 preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

18 SO ORDERED.

19 DATED: February 18, 2016         _____
                                   HONORABLE JON S. TIGAR
20                                 United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 15-371 JST                              2