LINDA FULLERTON, 83444
PAUL FEUERWERKER, 203616
54 Railroad Avenue
Point Richmond, CA 94801
510-232-4000 (P)
510-237-2898 (Fax)
Lindafullertonlaw@sbcglobal.net

Attorneys for Defendant
  JOSE LUIS RUIZ MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE RUIZ MALDONADO,<br><br>  Defendant. | Case No.: CR 15-0371 JST<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    Jose Ruiz Maldonado has pled guilty, and this Court set sentencing for December 2, 2016. United States Probation Officer Charles Mabie advised counsel for the government and Mr. Ruiz Maldonado that he requires additional time to prepare the Presentence Report.

    Counsel for the government and Mr. Ruiz Maldonado STIPULATE to continue the sentencing to January 13, 2017 at 9:30 a.m. USPO Mabie agrees and is available on that date for sentencing.

    IT IS SO STIPULATED.

DATED: November 22, 2016                                /s/
                                                                    Frank Riebli
                                                                    Assistant United States Attorney

DATED: November 22, 2016

/s/
Linda Fullerton
Attorney for Jose Ruiz Maldonado

SO ORDERED.

DATED: November 28, 2016



Stipulation to Continue Sentencing